**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASIA THOMAS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2276** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 16th day of October, 2026, upon consideration of Plaintiff Asia Thomas's "Motion for Leave to File a Supplemental Pleading Pursuant to Fed. R. Civ. P. 15(d) and Emergency Request for a Temporary Restraining Order" (ECF No. 44), Second Amended Complaint (ECF No. 45), and Supplement (ECF No. 46), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to rename ECF No. 45 "Second Amended Complaint" on the court docket.
2. Thomas's "Motion for Leave to File a Supplemental Pleading Pursuant to Fed. R. Civ. P. 15(d)" (ECF No. 44) is **GRANTED IN PART** to the extent she is permitted to file a supplement to the Second Amended Complaint to include two events but **DENIED IN PART** as to the third as explained in the Court's Memorandum.
3. The Clerk is **DIRECTED** to add "Four Officers of the Philadelphia Police Department" and "Tiffany Lomax" as Defendants to the caption of this case.
4. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

a. All federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B)(ii).

b. All claims asserted under state law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

5. The Clerk of Court is **DIRECTED** to restrict access to the Exhibits (ECF No. 49) to public terminal users only because they contain personally identifiable information.[1]

6. The Request for a Temporary Restraining Order and Injunctive Relief (ECF No. 44) is **DENIED** as moot.

7. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**



**MIA ROBERTS PEREZ, J.**

[1] This limits viewing of the Complaint on the court's CM/ECF system to court users, case participants, and those using the court computer in the Clerk's Office. Pursuant to Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper." *See also* Fed. R. Civ. P. 5.2(a) (regarding personal information in court filings).